UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007

James M. Parkison
Clerk

USDC DISTRICT OF MINNESOTA

Date: 11/13/2000

In Re: REZULIN PRODUCTS
LIABILITY LITIGATION
MDL # 1348

| Your Docket # | S.D. OF N.Y. |
|---|---|
| 0:00-2094 JMR/FLN | 00-8509 |
| 00-2093 MJD/JGL | |
| 00-2092 DDA/FLN | |
| 00-2091 DDA/SRN | |

RECEIVED
BY MAIL
NOV 13 2000
CLERK US DIST COURT
ST. PAUL, MN

Dear Sir:

Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to the Honorable LEWIS A. KAPLAN U.S.D.J. for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

Please return the copy of this letter when transmitting YOUR FILE and CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
James M. Parkison

By Dorothy Gurevich
Deputy Clerk

A CERTIFIED TRUE COPY
OCT 31 2000
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FLD USDC SDNY 11/8/00

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
OCT 13 2000
FILED
CLERK'S OFFICE

JUDGE KAPLAN

DOCKET NO. 1348

D MN CV 00-2094 JMR/RLE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE REZULIN PRODUCTS LIABILITY LITIGATION

RECEIVED BY MAIL
NOV 13 2000
CLERK US DIST COURT
ST. PAUL, MN

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-5)

On June 9, 2000, the Panel transferred 19 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 95 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of June 9, 2000, and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.
OCT 31 2000
CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-5 – TAG ALONG CASES
# DOCKET NO. 1348
# IN RE REZULIN PRODUCTS LIABILITY LITIGATION

| District | Div | Civil Action # | |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ~~ALM~~ | ~~2~~ | ~~00-1237~~ | ~~Floyd v. Warner-Lambert Co., et al.~~ opposed |
| ~~ALM~~ | ~~2~~ | ~~00-1238~~ | ~~White v. Warner-Lambert Co., et al.~~ opposed |
| ~~ALM~~ | ~~2~~ | ~~00-1239~~ | ~~Roughton v. Warner-Lambert Co., et al.~~ CTO vacated 10-25-00 |
| ALABAMA SOUTHERN | | | |
| ALS | 1 | 00-830 | Gray, et al. v. Warner-Lambert Co., et al. |
| GEORGIA NORTHERN | | | |
| ~~GAN~~ | ~~1~~ | ~~00-2304~~ | ~~Hatton v. Parke-Davis, et al.~~ opposed |
| LOUISIANA EASTERN | | | |
| ~~LAE~~ | ~~2~~ | ~~00-2736~~ | ~~Pendleton, et al. v. Parke-Davis, et al.~~ opposed |
| MASSACHUSETTS | | | |
| MA | 1 | 00-11760 | Sherer v. Parke-Davis, et al. |
| MA | 1 | 00-11761 | Rose, et al. v. Parke-Davis, et al. |
| MINNESOTA | | | |
| MN | 0 | 00-2089 | Malmquist v. Warner-Lambert Co., et al. |
| MN | 0 | 00-2090 | Aiken, et al. v. Warner-Lambert Co., et al. |
| MN | 0 | 00-2091 | Tonioni v. Warner-Lambert Co., et al. |
| MN | 0 | 00-2092 | Alvarado v. Warner-Lambert Co., et al. |
| MN | 0 | 00-2093 | Spohn v. Warner-Lambert Co., et al. |
| MN | 0 | 00-2094 | Feld v. Warner-Lambert Co., et al. |
| MISSOURI WESTERN | | | |
| ~~MOW~~ | ~~4~~ | ~~00-955~~ | ~~Griggs, et al. v. Warner-Lambert Co., et al.~~ CTO vacated 10-25-00 |
| PENNSYLVANIA WESTERN | | | |
| PAW | 2 | 00-1666 | Manypenny, et al. v. Warner-Lambert Co. |
| PAW | 2 | 00-1667 | Madaglia, et al. v. Warner-Lambert Co. |
| PAW | 2 | 00-1668 | Weyland, et al. v. Warner-Lambert Co. |
| PAW | 2 | 00-1721 | Ference, et al. v. Warner-Lambert Co. |
| TEXAS SOUTHERN | | | |
| TXS | 3 | 00-394 | Talbot v. Warner-Lambert Co. |
| VIRGINIA EASTERN | | | |
| VAE | 1 | 00-1148 | Nappier v. Warner-Lambert Co. |
| VAE | 1 | 00-1149 | Rogers, etc. v. Warner-Lambert Co. |
| VAE | 1 | 00-1150 | Harris v. Warner-Lambert Co. |
| VIRGINIA WESTERN | | | |
| VAW | 2 | 00-159 | Johnson v. Warner-Lambert Co. |
| WEST VIRGINIA SOUTHERN | | | |
| WVS | 6 | 00-779 | Kidd, et al. v. Warner-Lambert Co. |